IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 66 ANNUITY AND SAVINGS FUND, OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, OPERATING ENGINEERS LOCAL 66 BENEFIT FUND, OPERATING ENGINEERS LOCAL 66 WELFARE FUND; WESTERN PENNSYLVANIA OPERATING ENGINEERS JOINT APPRENTICESHIP AND TRAINING PROGRAM,<br><br>Plaintiff,<br><br>v.<br><br>BABCOCK EXCAVATING, INC.,<br><br>Defendant. | Civil Action No. 10-394<br><br>Chief Judge Gary L. Lancaster |

## ORDER OF COURT

AND NOW, to wit, this 26th day of June, 2010, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavits attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc., and against the Defendant, [Defendant], in the amount of $52,408.99

BY THE COURT:

_____
Hon. Gary L. Lancaster
Chief United States District Judge